OPINION — AG — ** FIREMAN'S (FIREFIGHTER'S) PENSION ** THE TERM "SUPPLEMENTAL FUNDS" AS USED IN 11 O.S. 1978 Supp., 49-101 [11-49-101], DOES NOT INCLUDE ANY MONIES COMPRISING THE PRINCIPAL OR INTEREST DERIVED FROM STATUTORILY REQUIRED PREMIUM TAXES, BUT EMBRACES ONLY SEPARATE MUNICIPALITY REVENUES WHICH ARE NOT MANDATED BY STATE STATUTE. (CITIES OR TOWNS, FIREMEN, CONTRIBUTION, VOLUNTEER FIREMEN) CITE: 36 O.S. 1979 Supp., 312.1 [36-312.1] (JOHN PAUL JOHNSON)